Int. Cls.: 29 and 31

Prior U.S. Cls.: 1 and 46

**United States Patent and Trademark Office**

Reg. No. 3,336,018
Registered Nov. 13, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# EL SOL

RBEST PRODUCE, INC. (NEW YORK CORPORATION)
220 FOOD CENTER DRIVE
BRONX, NY 10474

   FOR: PROCESSED FRUITS, PROCESSED VEGETABLES, PROCESSED TUBERS, IN CLASS 29 (U.S. CL. 46).

   FIRST USE 1-0-2005; IN COMMERCE 1-0-2005.

   FOR: FRESH FRUITS, FRESH VEGETABLES, FRESH TUBERS, FRESH HERBS, IN CLASS 31 (U.S. CLS. 1 AND 46).

FIRST USE 9-23-2002; IN COMMERCE 2-3-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE ENGLISH TRANSLATION OF THE WORD EL SOL IN THE MARK IS THE SUN.

SN 78-526,456, FILED 12-3-2004.

DANIEL CAPSHAW, EXAMINING ATTORNEY