Int. Cls.: 29 and 31

Prior U.S. Cls.: 1 and 46

**United States Patent and Trademark Office**

Reg. No. 3,345,154
Registered Nov. 27, 2007

## TRADEMARK
### PRINCIPAL REGISTER



RBEST PRODUCE, INC. (NEW YORK CORPORATION)
220 FOOD CENTER DRIVE
BRONX, NY 10474

   FOR: PROCESSED FRUITS, PROCESSED VEGETABLES, PROCESSED TUBERS, IN CLASS 29 (U.S. CL. 46).

   FIRST USE 1-0-2005; IN COMMERCE 1-0-2005.

   FOR: FRESH FRUITS, FRESH VEGETABLES, FRESH TUBERS, FRESH HERBS, IN CLASS 31 (U.S. CLS. 1 AND 46).

   FIRST USE 9-23-2002; IN COMMERCE 2-3-2003.

   NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "QUALITY TROPICAL PRODUCTS", APART FROM THE MARK AS SHOWN.

   THE ENGLISH TRANSLATION OF THE WORD "EL SOL" IN THE MARK IS "THE SUN".

   SN 78-526,452, FILED 12-3-2004.

DANIEL CAPSHAW, EXAMINING ATTORNEY